■ TERRASURE DEVELOPMENT LLC et al., Appellants, v ILLINOIS UNION INSURANCE COMPANY, Respondent. [986 NYS2d 83]—Order and judgment (one paper), Supreme Court, New York County (Debra A. James, J.), entered August 21, 2013, which denied plaintiffs' motion for summary judgment declaring that defendant Illinois Union Insurance Company was obligated to provide plaintiffs coverage under the Environmental Remediation Cost Containment Policy defendant issued to them, and granted defendant's cross motion for a declaration that it was not required to provide plaintiffs coverage, unanimously affirmed, without costs.

The motion court correctly determined that plaintiffs failed to comply with numerous conditions precedent to coverage under the policy, vitiating the contract as a matter of law (*see e.g. Great Canal Realty Corp. v Seneca Ins. Co., Inc.*, 5 NY3d 742 [2005]), including the requirement to provide timely notice of any pollution condition which might result in excess remediation costs.

We have considered plaintiffs' remaining arguments and find them unavailing. Concur—Gonzalez, P.J., Friedman, Moskowitz, Freedman and Kapnick, JJ. ■

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL RODRIGUEZ, Appellant. [985 NYS2d 412]—Judgment, Supreme Court, New York County (Edward J. McLaughlin, J.), rendered March 4, 2013, convicting defendant, upon his plea of guilty, of conspiracy in the second degree and manslaughter in the first degree, and sentencing him to an aggregate term of 12 years, unanimously modified, on the law, to the extent of vacating the sentence and remanding for resentencing.

As the People concede, defendant is entitled to resentencing pursuant to *People v Rudolph* (21 NY3d 497 [2013]) for a youthful offender determination. Since we are ordering a new sentencing proceeding, we find it unnecessary to address defendant's other arguments. Concur—Gonzalez, P.J., Friedman, Moskowitz, Freedman and Kapnick, JJ.